# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THOMAS RAY RAMBO**  
**ADC #510480**                                                                                  **PLAINTIFF**

v.                              Case No. 4:17-cv-00434-KGB/JJV

**GARY STEWART, Doctor,**  
**Faulkner County Sheriff's Office;** *et al.*                                        **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections have been filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id.*).

Therefore, Mr. Rambo's complaint is dismissed without prejudice (Dkt. No. 2). Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 25th day of June, 2018.

_____  
Kristine G. Baker  
United States District Judge