IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS RAY RAMBO                                                                           PLAINTIFF
ADC #510480

v.                              Case No. 4:17-cv-00434-KGB/JJV

GARY STEWART, Doctor,
Faulkner County Sheriff's Office; *et al.*                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this the 25th day of June, 2018.

_____
Kristine G. Baker
United States District Judge